IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RODNEY CRAIG MOUNTJOY,**

    **Plaintiff,**

v.                                    Case No. 4:19-cv-606-AW-MAF

**CHRISTOPHER EDELEN and the
DEPARTMENT OF CORRECTIONS,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's February 24, 2021 Report and Recommendation. ECF No. 48. I have also considered de novo the objections raised in Plaintiff's "Motion of Objection," ECF No. 49. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1. The Report and Recommendation (ECF No. 48) is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "This case is dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)."

3. The clerk will close the file.

SO ORDERED on April 26, 2021.

                                                      s/ _Allen Winsor_____
                                                      United States District Judge